FEDERAL WASTE PAPER CORPORATION et al., Appellants, v. GARMENT CENTER CAPITOL, INC., et al., Respondents.— Order unanimously affirmed, with twenty

dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [181 Misc. 701.] [See *post*, p. 984.]